UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Crystal Lynn Morris,**
*also known as* Julliett Trigger,

    **Plaintiff,**

    v.

**State of Ohio,** *et al.*,

    **Defendants.**

Case No. 2:24-cv-4223

Judge Michael H. Watson

Magistrate Judge Bowman

## ORDER

Plaintiff sued multiple defendants under 42 U.S.C. § 1983, Compl., ECF No. 1, but she failed to sign the Complaint, attach a civil cover sheet, and either pay the filing fee or move for leave to proceed *in forma pauperis*, Notice, ECF No. 2. Plaintiff then failed to comply with the deficiency order pointing out those defects. Order, ECF No. 3. The Magistrate Judge thus issued a Report and Recommendation ("R&R") recommending the Court dismiss this case for failure to prosecute. R&R, ECF No. 4. The R&R notified Plaintiff of her right to object to the recommendation and of the consequences of failing to do so. R&R 2, ECF No. 4. Plaintiff failed to timely object.[1]

As Plaintiff failed to timely object to the R&R, the Court **ADOPTS** the same without further review and **DISMISSES WITHOUT PREJUDICE** the Complaint in

---

[1] The deficiency order was undeliverable because Plaintiff had been released from jail. ECF No. 5. Plaintiff has not updated her address with the Clerk of Court.

this case pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

**IT IS SO ORDERED.**

/s/ *Michael H. Watson*
**MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT**